UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SAMUEL ROOSEVELT JONES,

        Plaintiff,

Case No. 1:24-cv-894

v.

Honorable Ray Kent

J. MCCOLL et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that, pursuant to 28 U.S.C. § 1915(g), Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile his complaint as a new action in this Court with the full civil action filing fees.

Dated:  September 26, 2024     /s/ Ray Kent
                      Ray Kent
                      United States Magistrate Judge